# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 336 WAL 2014
                                :
              Respondent     :
                                : Petition for Allowance of Appeal from the
                                : Order of the Superior Court
         v.                    :
                                :
                                :
JASON RAY FLICK, : 
                                :
             Petitioner      :

## ORDER

**PER CURIAM**

     **AND NOW**, this 21st day of January, 2015, the Petition for Allowance of Appeal is **DENIED**.